**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke W. Sironski-White (State Bar No. 348441)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com
          lsironski@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B. and R.V.H., individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>     v.<br><br>ASHLYNN MARKETING GROUP, INC.,<br><br>                            Defendant. | CASE NO.: 23-cv-00669<br><br>**PLAINTIFF C.B.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff C.B. voluntarily dismisses his individual claims in this action with prejudice against Defendant.  In an abundance of caution, this dismissal only pertains to Plaintiff C.B. – Plaintiff R.V.H. is not dismissing his claims.

Dated:  June 23, 2023                         Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Neal J. Deckant*
           Neal J. Deckant

Neal J. Deckant (State Bar No. 322946)
Luke W. Sironski-White (State Bar No. 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ndeckant@bursor.com
             lsironski@bursor.com

*Attorneys for Plaintiff*