| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | Neal J. Deckant (State Bar No. 322946) |
| 3 | Luke W. Sironski-White (State Bar No. 348441) |
| 4 | 1990 North California Boulevard, Suite 940 |
| 5 | Walnut Creek, CA  94596 |
| 6 | Telephone: (925) 300-4455 |
| 7 | Facsimile: (925) 407-2700 |
|   | E-Mail: ndeckant@bursor.com |
|   | lsironski@bursor.com |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B. and R.V.H., individually and on behalf of all others similarly situated, | CASE NO.: 3:23-cv-00669-L-BGS |
| Plaintiffs, | |
| v. | **PLAINTIFF R.V.H.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| ASHLYNN MARKETING GROUP, INC., | |
| Defendant. | |

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Accordingly, Plaintiff R.V.H. voluntarily dismisses his claims in this action with prejudice against Defendant.  Because Plaintiff C.B. has previously dismissed his individual claims, all claims in this action have been dismissed against Defendant.

Dated:  August 14, 2023　　　　　　　　　Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Neal J. Deckant*
　　　Neal J. Deckant

Neal J. Deckant (State Bar No. 322946)
Luke W. Sironski-White (State Bar No. 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ndeckant@bursor.com
　　　　　lsironski@bursor.com

*Attorneys for Plaintiff*

1

CASE NO. 3:23-CV-00669-L-BGS